UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILFREDO CASTILLO RIVAS,<br><br>    Petitioner,<br><br>    vs.<br><br>PAMELA BONDI, Attorney General of the United States; KRISTI NOEM, Secretary, United States Department of Homeland Security; LAURA HERMOSILLO, Acting Seattle Field Office Director, United States Citizenship and Immigration Services; BRUCE SCOTT, Warden of Immigration Detention Facility; and the United States Immigration and Customs Enforcement,<br><br>    Respondents. | No.<br><br>**ORDER FOR APPOINTMENT OF COUNSEL** |

THE COURT has considered Petitioner Wilfredo Castillo Rivas's motion for appointment of counsel.

IT IS ORDERED that Assistant Federal Public Defender Ann Wagner is appointed to represent Petitioner.

DATED this 14th day of January 2025.

*/s/ John H. Chun*
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Ann Wagner*
Assistant Federal Public Defender

---

ORDER FOR APPOINTMENT OF COUNSEL
(*Castillo Rivas v. Bondi, et al.*) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100