UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILFREDO CASTILLO RIVAS,<br><br>Petitioner,<br><br>v.<br><br>PAMELA BONDI, Attorney General of the United States, et al.,<br><br>Respondents. | CASE NO. 2:26-cv-134<br><br>ORDER |

Before the Court is Petitioner's Emergency Motion for Order Preventing Transfer During the Pendency of Petition. Dkt. # 3. The Court provisionally GRANTS the motion. IT IS ORDERED that Respondents are barred from removing Mr. Castillo Rivas from this jurisdiction until further order of the Court.

The Clerk is directed to send uncertified copies of this Order to all counsel of record.

Dated this 14th day of January, 2026.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 1