UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILFREDO CASTILLO RIVAS,<br><br>                Petitioner(s),<br>     v.<br><br>PAMELA BONDI, et al.,<br><br>                Respondent(s). | CASE NO. C26-134-KKE<br><br>ORDER DIRECTING MEET AND CONFER AND JOINT STATUS REPORT |

This matter comes before the Court on Petitioner's emergency motion for an order preventing transfer. Dkt. No. 3. After Petitioner filed the motion in the evening of January 14, 2026, Judge John H. Chun provisionally granted the motion and entered an order enjoining Petitioner's transfer from this jurisdiction without further order of the Court. Dkt. No. 8. Because Judge Chun's order was provisional, the motion remains pending. Respondents have not yet filed a statement indicating whether they oppose Petitioner's motion.

The Court hereby ORDERS the parties to meet and confer regarding the following topics and to file a joint status report by January 16, 2026. The joint status report must (1) state whether the Government opposes Petitioner's motion to prevent his transfer pending resolution of his habeas petition and (2), if the Government opposes the motion, set out a stipulated briefing schedule for the motion. If the parties are unable to agree to a briefing schedule, Local Civil Rule 65(b)(5)'s default deadline for responding to a motion for temporary restraining order will apply.

ORDER DIRECTING MEET AND CONFER AND JOINT STATUS REPORT - 1

Dated this 15th day of January, 2026.

                                                *Kymberly K. Evanson*

                                                Kymberly K. Evanson
                                                United States District Judge

ORDER DIRECTING MEET AND CONFER AND JOINT STATUS REPORT - 2