UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILFREDO CASTILLO RIVAS,<br><br>          Petitioner(s),<br><br>     v.<br><br>PAMELA BONDI, et al.,<br><br>          Respondent(s). | CASE NO. C26-134-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO SET BRIEFING SCHEDULE |

This matter comes before the Court on the parties' joint status memorandum and stipulated motion to set a briefing schedule. Dkt. No. 11. Pursuant to the parties' stipulation, the Court GRANTS the stipulated motion and sets the following briefing schedule for Petitioner's habeas petition (Dkt. No. 5) and Emergency Motion for Order Preventing Transfer During Pendency of Petition (Dkt. No. 3): The Federal Respondents' return to the petition and response to the emergency motion shall be due January 28, 2026. Petitioner's traverse to the petition and reply in support of the emergency motion shall be due February 2, 2026.

The clerk is DIRECTED to re-note Petitioner's habeas petition (Dkt. No. 5) and emergency motion (Dkt. No. 3) to February 2, 2026.

The order provisionally granting Petitioner's motion and barring his transfer from this jurisdiction (Dkt. No. 8) shall remain in place until further order of the Court.

1 | Dated this 16th day of January, 2026.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO SET BRIEFING SCHEDULE - 2