# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| WILFREDO CASTILLO RIVAS,<br><br>　　　　　　　　Petitioner(s),<br>　　v.<br><br>PAMELA BONDI, et al.,<br><br>　　　　　　　　Respondent(s). | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER C26-0134-KKE |

☐　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The habeas petition (Dkt. No. 5) is GRANTED.

Dated February 4, 2026.

　　　　　　　　　　　　　　　　Joshua C. Lewis
　　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　　　*/s/ Alejandro Pasaye Hernandez*
　　　　　　　　　　　　　　　　Deputy Clerk